■ The People of the State of New York, Respondent, v Pedro Rodriguez, Appellant. [999 NYS2d 893]—Order, Supreme Court, New York County (Marcy L. Kahn, J.), entered on or about December 23, 2011, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

The court properly determined that substantial justice dictated the denial of defendant's resentencing application. Resentencing is a discretionary determination (*see People v Sosa*, 18 NY3d 436, 442-443 [2012]), and courts may deny the applications of persons who "have shown by their conduct that they do not deserve relief from their sentences" (*People v Paulin*, 17 NY3d 238, 244 [2011]). Here, defendant's pattern of violence, multiple felony convictions, history of absconding and failure to attempt rehabilitation while incarcerated militated against resentencing. Concur—Gonzalez, P.J., Acosta, Saxe, Manzanet-Daniels and Clark, JJ.